# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA TRUONG,<br><br>    Plaintiff,<br><br>v.<br><br>KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE et al.,<br><br>    Defendants. | Case No.: 8:23-cv-01384-SB-BFM<br><br>ORDER RE STIPULATED PROTECTIVE ORDER |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **GRANTED**.

**IT IS SO ORDERED**.

DATED: April 11, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

STIPULATED PROTECTIVE ORDER